No. 03–1262. ALDRICH *v.* NELSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–1264. MOORE *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 8, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–1267. KAIMOWITZ *v.* CITY OF ORLANDO, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–1272. LOHRENZ *v.* DONNELLY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–1275. MUNOZ *v.* KNOWLES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–1276. NICHOLS *v.* CHICAGO TRANSIT AUTHORITY HARDSHIP COMMITTEE. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–1279. FOREMAN *v.* GRIFFITH ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–1283. HACKER *v.* WEST VIRGINIA. Cir. Ct. Kanawha County, W. Va. Certiorari denied.

No. 03–1284. HERRING *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 03–1287. MORETON ROLLESTON, JR. LIVING TRUST *v.* KENNEDY ET AL. Sup. Ct. Ga. Certiorari denied.

No. 03–1291. BOUCHAT *v.* BALTIMORE RAVENS FOOTBALL CLUB, INC., AKA BALTIMORE RAVENS, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–1292. VIRIYAPANTHU *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–1297. LI YU *v.* PERRY, GOVERNOR OF TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–1299. UNUM LIFE INSURANCE COMPANY OF AMERICA ET AL. *v.* TIERNEY. Ct. App. Tex., 8th Dist. Certiorari denied.